Ú|^æÁ@æåå‡ * Á^•^ơÁ[¦
Y^å}^•åæ꿿ÁÙ^] ơÆÆÁ€Ê
ǀÍ Á×æÁK€€Áæå‡ ÊÁ

Kevin H. Sharp

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 15-00147 |
| | ) | CHIEF JUDGE SHARP |
| | ) | |
| ERNEST EDDIE | ) | |

**UNITED STATES' MOTION TO ADVANCE PLEA DATE**

Comes now the United States, with the consent of the defense, and requests the date for entry of plea be advanced from October 19, 2015 at 9:30 a.m., to any time on September 29th, 2015 or anytime before noon on September 30, 2015. The parties have reached an agreement in this case, and believe it would be appropriate to have the plea entered pursuant to that agreement before the currently scheduled date.

Respectfully submitted,

DAVID RIVERA
United States Attorney

*/s/ Sunny A. M. Koshy*
SUNNY A. M. KOSHY
Assistant United States Attorney
110 Ninth Avenue South, Suite A96l
Nashville, Tennessee 37203
(615) 736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the district court's CM/ECF system on John Cauley, Counsel for Defendant Eddie, on this 14th day of September, 2015.

*/s/ Sunny A. M. Koshy*

1
